■ Anthony R. Ameruso, Appellant, v City of New York et al., Respondents.—Order, Supreme Court, New York County (David Saxe, J.), entered on August 8, 1989, unanimously affirmed for the reasons stated by David Saxe, J., without costs. No opinion. Concur—Carro, J. P., Ellerin, Kupferman, Kassal and Rubin, JJ.